IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>USPS Parcel to Alejandra Zamorano 27901 Norris Road #27 Bozeman, MT 59718 from Fernanda Perez 3611 Lancaster Ln Plymouth, MN 55441 | MJ 20- 26 -BU-KLD<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit for Search Warrant, and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant, and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 2nd day of December, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1