IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>USPS Parcel to Alejandra Zamorano 27901 Norris Road #27 Bozeman, MT 59718 from Fernanda Perez 3611 Lancaster Ln Plymouth, MN 55441 | MJ 20-26-BU-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 4th day of December, 2020.

_/s/ Kathleen L. DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge

1